THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 South Carolina
 Department of Social Services, Respondent,
 
 
 
 
 

v.

 
 
 
 Natasha P.,
 Bruce C., John Doe, whose true name is unknown, Defendants,
 
 Of Whom Natasha
 P. is the
 
 In the Interest
 of K.P., a minor child under the age of 18. Appellant.
 
 
 
 
 

Appeal From Chester County
Brian M. Gibbons, Family Court Judge

Unpublished Opinion No. 2010-UP-003
 Submitted January 4, 2010  Filed January
12, 2010    

AFFIRMED

 
 
 
 Joseph L. Raad, of Rock Hill, for
 Appellant.
 Angela M. Killian, of Lancaster, for
 Respondent.
 Elizabeth H. Rainey, of Rock Hill, and
 Vanessa  Cason, of Greenville, for Guardian Ad Litem.
 
 
 

PER CURIAM:  Natasha P. appeals from the family court's order terminating her
 parental rights to her minor child.  See S.C.
 Code Ann. § 63-7-2570 (2008).  Upon a thorough review of the record and the
 family court's findings of fact and conclusions of law, pursuant to Ex Parte
 Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues
 warrant briefing.  Accordingly, we affirm the family court's ruling.   
AFFIRMED.[1]
WILLIAMS, KONDUROS, JJ.,
 and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.